NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**S3 GRAPHICS CO., LTD. AND S3 GRAPHICS, INC.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**APPLE INC.,**
*Intervenor.*

---

2012-1127

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-724.

---

**ON MOTION**

---

Before SCHALL, *Circuit Judge.*

**ORDER**

S3 Graphics Co., Ltd. and S3 Graphics, Inc. move for leave to add an appendix citation to their reply brief and add the document to the appendix. Apple Inc. opposes and moves to strike the portions of S3 Graphics Co., Ltd.

and S3 Graphics, Inc.'s reply brief that reference the citation.   S3 Graphics Co., Ltd. and S3 Graphics, Inc. respond.

We grant the motion to the extent that S3 Graphics Co., Ltd. and S3 Graphics, Inc. may file a supplemental appendix that includes the document.  The relevance of the documents is left to the merits panel.

Accordingly,

IT IS ORDERED THAT:

(1)  S3 Graphics Co., Ltd. and S3 Graphics, Inc.'s motion is granted to the extent stated above.  Apple Inc.'s motion is denied.

(2)  A copy of this order shall be transmitted to the merits panel, to explain the supplement.

FOR THE COURT

NOV 0 2 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  George A. Riley, Esq.
Donald R. Dunner, Esq.
Clark S. Cheney, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 2 2012

JAN HORBALY
CLERK